IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OPERATING ENGINEERS LOCAL 66, AFL-CIO AND CONSTRUCTION INDUSTRY COMBINED FUNDS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 16-175 |
| v. | ) ) | Judge Cathy Bissoon |
| SIMMONDS CONSTRUCTION SERVICES, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiff's Motion (**Doc. 3**) to Compel Audit is **DENIED** without prejudice, as follows. Given that Defendant has not answered or otherwise appeared, the Court questions the propriety of ordering Defendant, currently, to do anything. The undersigned's research has revealed a more appropriate course, namely, Plaintiff's seeking the entry of default, followed by a motion for default judgment including the audit-request as part of the relief sought. *See, e.g.*, Int'l Union of Operating Eng'rs of E. Pa. & Del. Benefit Pension Fund v. N. Abbonizio Contractors, Inc., 2015 WL 7273466, *1, *3-4 (E.D. Pa. Nov. 18, 2015) (granting motion for default judgment, including request for court-ordered audit); Int'l Painters & Allied Trades Indus. Pension Fund v. Williamsport Mirror & Glass Co., 2015 WL 567304, *5 (D. Md. Feb. 9, 2015) (same).

      IT IS SO ORDERED.


April 7, 2016                                                    s\Cathy Bissoon
                                                                         Cathy Bissoon
                                                                         United States District Judge

cc (via ECF email notification):

All Counsel of Record